**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| REUBEN WADE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 17-4875 |
| | : | |
| RYAN MCCARTHY, Acting Secretary of the Department of the Army, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this   29th   day of October, 2018, upon consideration of Defendant Ryan McCarthy's, Acting Secretary of the Department of the Army (the "Army"), Motion for Summary Judgment (Doc. No. 19), Plaintiff Reuben Wade's ("Wade") Memorandum of Law in Opposition, the Army's Reply Brief, and Wade's Sur-reply, it is hereby **ORDERED** that:

1.      the Army's Motion for Summary Judgment is **GRANTED**; and

2.      the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE